McGREGOR W. SCOTT
United States Attorney
SAMUEL WONG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone (916) 554-2772

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SANDEEP SINGH SANDHU,<br><br>　　　　Defendant. | MAG No. 05-0272 GGH<br><br>STIPULATION AND ORDER CONTINUING PRELIMINARY HEARING DATE<br><br>Date: October 13, 2005<br>Time: 2:00 p.m.<br>Court: Hon. Peter A. Nowinski |

　　　Whereas, there is a preliminary hearing presently set in the above-captioned case for October 13, 2005, at 2:00 p.m.; and

　　　Whereas, defendant Sandeep Singh Sandhu desires to waive his right to a timely preliminary hearing to help facilitate pre-Indictment settlement discussions,

　　　It is hereby stipulated by and between plaintiff United States of America and Sandhu, through their respective counsel, that the presently set October 13, 2005, at 2:00 p.m., preliminary hearing
///
///
///

1

1  shall, subject to the approval of the Court, be continued until
2  October 27, 2005, at 2:00 p.m.

3  DATED: October 12, 2005            /s/ Caro Marks
                                      CARO MARKS
4                                     Assistant Federal Defender
                                      Attorney for defendant
5                                     SANDEEP SINGH SANDHU

6  DATED: October 12, 2005            McGREGOR W. SCOTT
                                      United States Attorney
7

8                              By:    /s/ Samuel Wong
                                      SAMUEL WONG
9                                     Assistant U.S. Attorney

10
                    _____
11

12                                  ORDER

13

14     It is so ORDERED. The Court specifically finds good cause,
15  based on the stipulation of the parties, taking into account the
16  public interest in the prompt disposition of criminal cases, that
17  the preliminary hearing shall be continued from October 13, 2005, at
18  2:00 p.m., until October 27, 2005, at 2:00 p.m., to allow the
19  parties time to engage in pre-Indictment settlement discussions.
20     Dated: October 13, 2005.

21                                     /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
22                                    Magistrate Judge