**FILED**
October 14, 2005
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. MAG. 05-0272-GGH |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| SANDEEP SINGH SANDHU, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release SANDEEP SINGH SANDHU, Case No. MAG. 05-0272-GGH, Charge, Manufacture of at least 100 marijuana plants, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_\_   Release on Personal Recognizance

    \_\_   Bail Posted in the Sum of $_____

        \_\_   Unsecured Appearance Bond

        \_\_   Appearance Bond with 10% Deposit

        _X_   $100,000.00 Appearance Bond with Surety - Real Property

        \_\_   Corporate Surety Bail Bond

        \_\_   (Other) _____

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  October 14, 2005  at  1:25 p.m.  .

By _____
Gregory G. Hollows
United States Magistrate Judge